**Law Offices of Donald Yannella, P.C.**
Member of NY & NJ Bars
Tel: (212) 226-2883
Fax: (646) 430-8379
Email: nynjcrimlawyer@gmail.com

70 Grand Avenue, Suite 100　　　　　　　　　　　　　　233 Broadway, Suite 2370
River Edge, NJ 07661　　　　　　　　　　　　　　　　　New York, NY 10279
　　　　　　　　　　　　　　　　　　　　　　　　　　　(Preferred mailing address)

April 15, 2020

Hon. George B. Daniels
United States District Court
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels

George B. Daniels, U.S.D.J.

Dated: APR 20 2020

Re:　United States v. Farida Radjabova
　　　18 Cr. 509 (GBD)

Dear Judge Daniels:

I am counsel for Farida Radjabova. With the consent of Assistant United States Attorney Matthew Hellman and United States Pretrial Services Officer Dennis Khilkevich, I respectfully request that Your Honor direct Pretrial Services to remove location monitoring and GPS as a condition of my client's bond.

Thank you for your courtesy and attention to this matter.

Sincerely,

/s/

Donald J. Yannella, Esq.